995 F.2d 947
 72 A.F.T.R.2d 93-6533
 FIRST FEDERAL SAVINGS BANK OF WASHINGTON, a corporation,
Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 91-35690.
 United States Court of Appeals,
Ninth Circuit.
 Submitted June 8, 1993*.
Decided June 22, 1993.
 
 Bruce E.H. Johnson, Davis Wright Tremaine, Seattle, Washington, and James K. Hayner, Minnick Hayner, Walla Walla, WA, for plaintiff-appellant.
 Gary R. Allen, Bruce R. Ellisen, and Edward T. Perelmuter, Dept. of Justice, Washington, DC, for defendant-appellee.
 Appeal from the United States District Court for the Eastern District of Washington; Alan A. McDonald, District Judge.
 Before: WRIGHT, FARRIS, D.W. NELSON, Circuit Judges.
 
 
 1
 We affirm on the basis of the well-reasoned opinion of the district court. First Federal Savings Bank of Washington v. United States, 766 F.Supp. 897 (E.D.Wash.1991); see also Pacific First Federal Savings Bank v. Commissioner, 961 F.2d 800 (9th Cir.), cert. denied, --- U.S. ----, 113 S.Ct. 209, 121 L.Ed.2d 150 (1992).
 
 
 
 *
 The panel unanimously finds this case suitable for decision without oral argument. Fed.R.App.P. 34(a) and Ninth Circuit Rule 34-4